No. 87–6008. FISHER v. OKLAHOMA. Ct. Crim. App. Okla.;
No. 87–6125. SPRUILL v. NORTH CAROLINA. Sup. Ct. N. C.;
No. 87–6196. GARDNER v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Forsyth County, N. C.;
No. 87–6365. KNOX v. TEXAS. Ct. Crim. App. Tex.;
No. 87–6460. RUPE v. WASHINGTON. Sup. Ct. Wash.;
No. 87–6644. BOOKER v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla.;
No. 87–6674. HOLDEN v. NORTH CAROLINA. Sup. Ct. N. C.;
No. 87–6774. MILLER v. TEXAS. Ct. Crim. App. Tex.; and
No. 87–6845. LINCECUM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. Reported below: No. 87–6008, 736 P. 2d 1003

and 739 P. 2d 523; No. 87–6125, 320 N. C. 688, 360 S. E. 2d 667; No. 87–6365, 744 S. W. 2d 53; No. 87–6460, 108 Wash. 2d 734, 743 P. 2d 210; No. 87–6644, 520 So. 2d 246; No. 87–6674, 321 N. C. 125, 362 S. E. 2d 513; No. 87–6774, 741 S. W. 2d 382; No. 87–6845, 736 S. W. 2d 673.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.